**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THOMAS JOHN DESALVO, II,<br><br>Plaintiff,<br>v.<br><br>COMMISSIONER OF THE ALASKA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-00363-SLG-MMS |

**ORDER OF DISMISSAL**

On December 22, 2025, self-represented litigant Elisha Martin ("Plaintiff") filed this case.[1] This case was referred to the Honorable Magistrate Judge Matthew M. Scoble.[2] On May 11, 2026, Judge Scoble issued a Screening Order that dismissed Plaintiff's Complaint for failure to state a claim, but accorded Plaintiff 60 days to file a First Amended Complaint or Notice of Voluntary Dismissal.[3] The Screening Order warned Plaintiff that failure to file either document with the Court within 60 days of that order would result in dismissal of this case.[4]

On July 22, 2026, after Plaintiff missed his deadline, Judge Scoble issued his Final Report and Recommendation, in which he recommended that this case be dismissed without prejudice, that all pending motions be denied as moot, and

[1] Docket 1.

[2] Docket 5.

[3] Docket 7.

[4] Docket 6 at 10.

that the Clerk of Court be directed to issue a final judgment and close the case.[5] No objections to the Report and Recommendation were filed.[6]

This case is now before the Court pursuant to 28 U.S.C. § 636(b)(1). That statute provides that a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."[7] A court is to "make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made."[8] However, § 636(b)(1) does not "require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."[9]

The Court has reviewed the Report and Recommendation and agrees with its analysis. Accordingly, the Court adopts the Report and Recommendation in its entirety.

IT IS THEREFORE ORDERED:

1. This case is **DISMISSED without prejudice**.

2. All pending motions are **DENIED as moot**.

---

[5] Docket 15.

[6] Local Magistrate Rule 6(a). *See also* Docket 15 at 3–4.

[7] 28 U.S.C. § 636(b)(1).

[8] *Id.*

[9] *Thomas v. Arn,* 474 U.S. 140, 150 (1985); *see also United States v. Reyna-Tapia,* 328 F.3d 1114, 1121 (9th Cir. 2003).

3. The Clerk shall issue a final judgment and close this case.

DATED this 25th day of August, 2026, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
SHARON L. GLEASON
UNITED STATES DISTRICT JUDGE